# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018
PHONE: (212) 563-9884 | FAX: (212) 563-9870 | WEBSITE: www.samuelandstein.com

**MICHAEL SAMUEL**
michael@samuelandstein.com

March 31, 2023

ADMITTED IN NY

Judge Lewis Liman
United States District Court
500 Pearl Street
New York, NY 10007

**Re:** *Mauro Juarez vs. PIZZA FRIENDLY PIZZA NYC, LLC d/b/a FRIENDLY GOURMET PIZZA*
**Case No.1:22-cv-08385-LJL**

Dear Judge Liman:

     Please be advised that we represent the Plaintiff in the above-entitled action. We write in response to Your Honor's Order dated March 31, 2023 setting down a date for a fairness hearing. This wage and hour matter was dismissed on February 14, 2023. The dismissal was not the result of a settlement but because we inadvertently named the wrong defendant. We have not settled this matter and as a result a fairness hearing would not be necessary. We request that all future dates be adjourned sine die and that this matter be closed.

     We thank the Court for its attention to this matter and are available at Your Honor's convenience should the Court have any questions regarding the foregoing.

Respectfully submitted,

/s/ *Michael Samuel*
Michael Samuel, Esq.

ORDER: Plaintiff's request to voluntarily dismiss the matter is GRANTED. The Clerk of Court is respectfully directed to close the case and cancel all pending deadlines and conferences.

Date: 3/31/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge